## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

*Phillip Sandoval* _____, Plaintiff

v.

*G.I. Trucking Company d/b/a Estes West*

*Rick Porter    A/K/A Ricky J. Porter*

_____,

_____, Defendant(s).

*(List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.)*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 18 2020

JEFFREY P. COLWELL
CLERK
_____

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Phillip Sandoval  1137 E Abriendo Ave. Pueblo, CO 81004
(Name and complete mailing address)

719-225-3998  brownanddeprived@yahoo.com
(Telephone number and e-mail address)

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  G.i. Trucking Company 6321 Roberts Road. Colorado Springs CO 80907
(Name and complete mailing address)

719-391-7874
(Telephone number and e-mail address if known)

Defendant 2:  Rick Porter      5425 Galena Dr. Colorado Springs, CO 80918
(Name and complete mailing address)

719-244-0514
(Telephone number and e-mail address if known)

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

✓    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

___    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

✓    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

___    Other: *(please specify)* Retaliation for Reporting Hostile Work Environment
See attached

2

## D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim.  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  *Discrimination, Retaliation, Hostile work environment*

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                        ____ different terms and conditions of employment

____ failure to promote                  ____ failure to accommodate disability

____ termination of employment      ✓ retaliation

____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

✓ race              ____ religion           ✓ national origin           ✓ age

✓ color            ____ sex                 ____ disability

Supporting facts:

*See attached*

3

Attached Page 3
Defendants Conduct

Jeff Connolley comments towards me
Mexicans cant drive linehaul to Trinidad
they dont want Mexicans there. 3-17-17
Witnessed By Ann Horvaton, Troy Archuleta
Ann is secretary Steve Horvatins wife.
Ann Has access to my personel records and
gave other drivers my age so they call
me old man or old fart (Steve, Jeff, Dale)
and Rick always lets it be Known. Im the
oldest Driver there. Daily Basis
Jeff says he cant tell what Race Anybody is but
then says he works with Mexicans Hispanics ⟶
3-17-17 Comments By Troy Archuleta but now
denies. But has sworn signature they
call me Pueblo Mexican. Attatched ⟶

First Reported Racist remark in Sept. 2010
again 2014 then after that it was weekly
sometimes daily. I asked Rick to
Read the Harrassment and Code of Conduct
of Racial Profiling, Discrimination, but he
refused to saying it wosn't needed.
Allowing the whites to continue to violate
my right to a safe and equal place of employment.
Go Roll me a burrito, Go Work in Pueblo with other
trashy Mexicans. Dont get taco sauce on my wheel,
why do Mexicans put big wheels on cars, Old man,
Keep greasy hands off my stuff Mexicans think
we owe them something. Mexicans 1st to be
laid off. Comments By Steve, Jeff, Dale

After The 2017 Investigation By
Montel Manners (HR) Things got worse
Steve, Jeff Dole, Troy Told every one
stick together and Don't tell Montel
anything thats going on with Phil and
stay away and don't talk to him. Some
Drivers would talk to me only when
the leaders, of bullying Steve, Jeff, Dale
Troy were not around. Mark Brunt told
me on around 8-2017 he is not against me
and he is not on their side Steve, Dale, Jeff,
Troy, Im sorry they treating you like that.

When breaking fright in mornings Arthur
would say things to me Hey Poncho, its Pueblo
fright if it was a hispanic lest name
said it goes to pueblo, laughed at me
with other guys around (Jeff, Steve Dole)
Evenings Steve made sure no coworkers
would work by me or help me load
trailers or hook trailers, white there
would be all the whites working together.
2017 — 3-2019 Witnessed By
Rick Porter Manager But he refused to
protect me and have equal safe workplace.

CLAIM TWO: _Wrongful termination racial profiling_

The conduct complained of in this claim involves the following: (*check all that apply*)

___ failure to hire                              ___ different terms and conditions of employment

___ failure to promote                      ___ failure to accommodate disability

_✓_ termination of employment        _✓_ retaliation

___ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_✓_ race            ___ religion          _✓_ national origin        _✓_ age

_✓_ color          ___ sex                ___ disability

Supporting facts:

Fired for reporting Rick Porters racial tactics to allow whites to assault, discriminate, isolate me.

See Attached ⟶

Policy Attached, Rick says Insubordination for coming into work. Policy says Seniority then worker with less time has no work. I was replaced with a driver less than a year of employement. I have 8 years 7 months with no accidents perfect attendance.

**Click Here for Additional Claim**

4

Attached Page 4 Termination Claim TWO
From Retaliation

To PayRoll, Safety, and Management
Colo. Springs, CO. 256
   On Feb. 12th 2019 I was denied the right
to work by Rick Porter, he said there was
no work for me in Pueblo; but yet allowed
a co-worker go to Pueblo in my place, I
stayed home with no pay while all the
white co-workers allowed to work, even
those with less than a year employment here.
   On Feb. 19th 2019 I had to pull my
freight across the dock because Rick
refuses to fix the dock plate, closer to
my area, the dock plate is also a trip hazard
and ready to fall off the dock hanging on
by a loose bolt, sometimes driven on with
forklift an accident waiting to happen, I have
to let the other workers take 1st pick
of trailers or I'm called a thief.
   I have also asked Rick for Paystubs
with no results. I have been deprived of
100's of Hours of overtime over years of
employment at Estes. So I am asking
Formal Request For Paystubs since I went
on Auto Deposit 10-12-18 — Present
       Phillip Sanders   2-19-2019

Attached    Page 4

EXHIBIT
I

To Estes Management

Title: I was Denied The right to work
due to age 58 and color Brown

On 1-29-2019 I arrived at work
clocked in at 8:30 AM. asked for my
list of deliveries like I have for the last
8½ years, then was told by Rick Porter
(white) Terminal Manager to go home theres
no work for you Phil, as Dan (white) a
co-worker with only 1 year was given my daily
route, Dan says he is faster and younger
than me so he will replace me soon, says
he needs more hours because he makes Less
money Per Hour, Policy is the Driver
with the least seniority in a terminal is left
without a scheduled run or work assignment.
The Driver Would then be forced to take
whatever is left available at terminal if anything.
About 14 Pand D Drivers with 12 white
1 Brown 1 Black/white was told by Ross (white)
on or about 1-24-19 im related to all gangsters
in Pueblo nothing to worry about, also racist
remarks by Jeff, Steve, Ross gathering
in group to say things like build the wall,
go work in Pueblo, no one wants you here.
Report to Rick often with nothing done.
I feel unsafe at the Terminal

Phillip Sandoval 1-29-2019

**Estes Operations Department**
**Policy and Procedure**

**REVISED:** December 1, 2013
**ORIGINAL DATE OF ISSUE:** November 01, 2008

**NUMBER:** OPS 1000W
**PAGE:** 4 of 5

wish list will be selected. If there are no drivers on the wish list for the Line-haul opening, it will be filled from outside the company.

A line-haul driver's length of service is determined by the drivers start date as a line-haul driver.

**Shuttle/Structured Shuttle Drivers:**

If a schedule calls for a Shuttle/Structured shuttle driver, then the Shuttle/Structured shuttle driver with the greatest length of service will be awarded the run. If no shuttle driver is interested in the run, then the manager will fill the position from the shuttle wish list. If there are no drivers on the shuttle wish list, the open position will be filled from outside the company.

A structured shuttle driver's length of service is determined by the drivers start date on the structure shuttle operation.

**P&D/City**

A city driver's length of service is determined by the drivers start date in the city.

**FMLA**

If a driver is out for an extended period of time that is qualified under FMLA or any other qualified leave, their runs will be held for a period of twelve weeks. After twelve weeks, the run will be posted. If a driver is absent from work for extended periods of time that are not covered under the "FMLA", their run can be posted at anytime. During the annual bid process if a driver is out on FMLA or any other qualified leave, they will be allowed to sign up for their desired run upon their return, if they return within the 12 week FMLA period. If a driver on a qualified leave returns after the 12 week FMLA period is exhausted, contact Human Resources to determine if it would be reasonable to extend the period past the 12 weeks and allow them to sign up for their desired run.

**BUMPING**

1. If a scheduled run is cancelled by the operations planning department permanently, not on a day by day basis, and the cancelled driver has seniority over another driver on a scheduled run or work assignment, the cancelled driver is allowed to bump a less senior driver off of his scheduled run or work assignment in the same classification. The driver doing the original bumping is required to stay on the run they bumped into for 60 days. The drivers affected by this first bump will NOT be held to the 60 day rule. This bumping would continue until the driver with the least seniority in a terminal is left without a scheduled run or work assignment. The driver would then be forced to take whatever is left available at the terminal if anything. Seniority of the drivers will be determined by the driver's length of service in the category that he is in, not company length of service.

2. A "run modification" does not constitute reposting of the run or enactment of the bumping policy. The Operations Planning Department will decide if a run is modified or cancelled.

**Miscellaneous**

1. All drivers are encouraged to sign up for any run they desire even if they are not in the proper category or they do not feel they are eligible. The Terminal Manager will determine who gets the run based on the above guidelines for category, length of service, and sixty-day rules. Runs will only be posted one time for eight calendar days.

2. Runs are set up on lanes where it has been decided that we can have a move on a regular basis, however, on any given day a run may have to be altered based on a lack of freight. If the scheduled run is canceled on a given day the scheduled driver will be used to cover another load, if available. If there is no extra load then the driver will not run that night. The scheduled driver is not allowed to "bump" another driver off of his run for the night. Bumping is only allowed as described above.

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment
Opportunity Commission or any other federal or state agency? (*check one*)

☑ Yes  (*You must attach a copy of the administrative charge to this complaint*)

*Attached →*

☐ No

Have you received a notice of right to sue? (*check one*)

☑ Yes  (*You must attach a copy of the notice of right to sue to this complaint*)

*Attached →*

☐ No

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed
to identify the relief you are requesting, use extra paper to request relief.  Please indicate that
additional paper is attached and label the additional pages regarding relief as "F. REQUEST
FOR RELIEF."*

$450,000 for loss of employment, benefits,
the opportunity to work, harassment, discrimination

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_11-16-2020_____
(Date)

(Revised December 2017)

5

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | **Phillip Sandoval**<br>**938 Bragdon Avenue**<br>**Pueblo, CO 81004** | From: | **Phoenix District Office**<br>**3300 North Central Ave**<br>**Suite 690**<br>**Phoenix, AZ 85012** |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **32A-2019-00657** | **Robin Campbell,**<br>**State, Local & Tribal Program Manager** | **(602) 661-0041** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[  ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[  ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[  ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[  ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[  ]  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[X]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[  ]  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Elizabeth Cadle_

**Elizabeth Cadle,**
**District Director**

August 21, 2020

(Date Mailed)

Enclosures(s)

cc:

**G.I. TRUCKING COMPANY DBA ESTES EXPRESS**
**6321 Roberts Road**
**Colorado Springs, CO 80907**

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



COLORADO DIVISION

JUL 1 6 2019

| **COMPLAINT OF DISCRIMINATION**CIVIL RIGHTS<br>The Privacy Act of 1974 affects this form.<br>See Privacy Act Statement before completing this form. | EEOC Complaint No.<br>**32A-2019-00657**<br>CCRD Complaint No.<br>FE2020991159 |
|---|---|

### *COLORADO CIVIL RIGHTS DIVISION AND EEOC*

| **Name** *(Charging Party)*<br>Phillip Sandoval | | **(Area Code) Telephone**<br>(719) 225-3998 |
|---|---|---|
| **Street Address**<br>938 Bragdon Avenue | **City, State, and Zip Code**<br>Pueblo, CO 81004 | **County**<br>Pueblo |

**The Employer, Labor Organization, Employment Agency, Apprenticeship Committee, State or Local Government Agency who discriminated against me is:**

| **Name** *(Respondent)*<br>G.I. Trucking Company<br>dba Estes West aka Estes Express | **Number of Employees**<br><br>15+ | **(Area Code) Telephone**<br><br>(719) 391-7874 |
|---|---|---|
| **Street Address**<br>6321 Roberts Road | **City, State, and Zip Code**<br>Colorado Springs, CO 80907 | **County**<br>El Paso |

| **Discrimination Based on:**<br>National Origin/Ancestry (Hispanic);<br>Age (DOB: 9/19/1960); Retaliation | **Date Most Recent Discrimination Occurred**<br><br>3/6/2019 |
|---|---|

I.   **Jurisdiction:** The Colorado Civil Rights Division has jurisdiction over the subject matter of this complaint; that each named Respondent is subject to the jurisdiction of the Colorado Civil Rights Division and is covered by the provisions of the Colorado Revised Statutes (C.R.S. 1973, 24-34-301, et. seq.), as reenacted.

II.  **Personal Harm:** On or about January 29, 2019, continuing, I was subjected to discriminatory terms and conditions of employment based on my national origin/ancestry (Hispanic), age (DOB: 9/19/1960), and/or in retaliation for engaging in protected activity.

III. **Respondent's Position:** Unknown.

IV.  **Discrimination Statement:** I believe I was unlawfully discriminated against because of: my national origin/ancestry (Hispanic), age (DOB: 9/19/1960), and or in retaliation for engaging in protected activity in violation of the Colorado Anti-Discrimination Act (CADA). 1) I began my employment with the Respondent as a Driver on or about August 25, 2010, and at all times performed satisfactorily. 2) I previously filed a complaint of discrimination against the Respondent on January 5, 2018. 3) On or about January 29, 2019, and continuing, I was subjected to discriminatory terms and conditions of employment by Terminal Manager Rick Porter ("Porter"). 3) Examples include, but are not limited to Porter: telling me not to come into work, giving my routes away to younger, non-Hispanic new hires in violation of Respondent policy, not performing maintenance on my truck but performing maintenance on other employees' trucks, and ignoring my safety concerns in the workplace. 4) On or about March 6, 2019, I went into work despite Porter telling me not to in order to determine whether there really was work for me to perform. When Porter found out, he told me I was being "insubordinate" and he discharged me. 5) I believe I was discriminated against because of my protected classes and/or in retaliation for engaging in protected activity.

V.   **WHEREFORE:** The Complainant prays that the Colorado Civil Rights Division grant such relief as may exist within the Division's power and which the Division may deem necessary and proper.

I want this complaint filed with both the Equal Employment Opportunity Commission and the State or local agency, if any. I will advise the agency if I change my address or telephone number, and I will cooperate fully with them in the processing of my charge in accordance with their procedures

I declare under penalty of perjury that the foregoing is true and correct.

Date 7-15-2019        Complainant (Signature)



**COLORADO**
Department of
Regulatory Agencies
Colorado Civil Rights Division

## Consultation/Intake Interview Record

Interviewer/Title:  David Koelling/Intake Specialist
Potential Complainant: Phillip Sandoval
Date: 7/9/2019
Time: 2:00 pm
Interview Conducted:
    ☐ In person
    ☒ Telephonically
    ☐ Correspondence

Notes:
Employment; EAA: 1/29/2019; Classes: National Origin (Hispanic), Retaliation; Harms: Terms and Conditions, Discharge.  CP is open to mediation.

Prior case: FE2018142772

CP states that Rick Porter made CP stay home and would give routes to new white hires.  RP's policy is to send home the newest employees first when there is no work.

CP went into work anyway.  Rick told CP he was being insubordinate.

CP had a flat tires for two weeks before RP repaired it.  Would not repair air conditioning in truck.  Would not address safety concerns.

3/6/2019: CP discharged.  RP did not pay overtime to CP.  CP asked for paystubs but they refused.





Broken Shackle Reported
many times still not fixed

D.O.T. Violation would not be allowed
on street.

Forced to drive defective trucks
as part of Ricks retaliation

example - flat tire for over a week
a hazard and violation    Pics attached →



filthy truck forced to drive
as part of Ricks retaliation





Broken lense for weeks
refuses to have fixed   violation



out of service tanks violation



filthy restroom
refuses to have cleaned daily
Rick has it slightly cleaned
once aweek, when asked him
please, cleaners come more often
says you people should be used to it.
mold and urine in corners

COMPARTMENT
EARS
ANT LEVEL
LEVEL

15 STEERING
29 CLUTCH
13 SERVICE BRAKE
13 PARK BRAKE
53 TRIANGLE REFLECTORS
53 FIRE EXTINGUISHER
53 OTHER SAFETY EQUIP.
53 ACCIDENT KIT
02 SEAT BELTS
52 HANDHELD CRADLE/WIRING
PERMITS
OTHER

34 REFLECTORS
34 CONSPICUITY
15 SUSPENSION
17 TIRES
18 WHEELS/RIM/LUGS
32 BATTERY/BATTERY CO
43 EXHAUST
13 BRAKES
13 AIR LINES
34 TRAILER LIGHT CORD
49 FIFTH WHEEL
49 OTHER COUPLING
78 MUD FLAPS

DRIVER
DRIVER

EMP.# 310
EMP.#

NO DEFECTS
DATE: 4-27-18
DATE:

## DRIVER REMARKS

## MAINTENANCE ACTION

NO REPAIRS NEEDED
CERTIFIED BY:
DATE:
LOCATION:

## SHOP REMARKS

## TOWED UNITS

330183

TRAILER/DOLLY#
5 TRAILER/DOLLY#
8 TRAILER/DOLLY#
15 SUSPENSION
X 17 WHEELS
18 WHEELS/RIM/LUGS
13 BRAKES
77 LANDING GEAR

3 TRAILER/DOLLY#
6 TRAILER/DOLLY#
9 TRAILER/DOLLY#
59 KING PIN/UPPER PLAT
59 FIFTH WHEEL (DOLLY)
59 OTHER COUPLING DEVIC
79 REAR END PROTECTION
OTHER

NO DEFECTS
CIRCLE ONE 1 2 3 4 5 6 7
DATE: 4-27-18

EMP.# 510

## DRIVER REMARKS

Flat Tire Inner Right

## MAINTENANCE ACTION

NO REPAIRS NEEDED
CERTIFIED BY:
DATE:
LOCATION:

## SHOP REMARKS









