IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| PHILLIP SANDOVAL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>G.I. TRUCKING COMPANY d/b/a ESTES WEST, and RICK PORTER a/k/a RICKY J. PORTER,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 1:20-cv-03430-CMA-KMT |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby advise the Court that they do hereby stipulate this action be dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted this 17th day of September, 2021.

/s/Mary Jo Lowrey_____
Mary Jo Lowrey, Esq.
Sara N. Maeglin, Esq.
LOWREY PARADY LEBSACK, LLC
1490 Lafayette Street, Suite 304
Denver, CO 80218
Telephone: 303.593.2595
Facsimile: 303.502.9119
Email: maryjo@lowrey-parady.com
Email: sm@lowrey-parady.com

**ATTORNEYS FOR PLAINTIFF**

/s/David L. Terry_____
David L. Terry, Esq.
*Admitted Pro Hac Vice*
POYNER SPRUILL LLP
301 S. College Street, Suite 2900
Charlotte, NC 28202
Telephone: 704.342.5272
Facsimile: 704.342.5264
Email: dterry@poynerspruill.com

/s/Caitlin C. McHugh_____
Caitlin C. McHugh, Esq.
LEWIS ROCA ROTHGERBER CHRISTIE LLP
1200 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: 303.623.9000
Facsimile: 303.623.9222
Email: cmchugh@lrrc.com

**ATTORNEYS FOR DEFENDANTS**

2

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the foregoing "Joint Stipulation of Dismissal With Prejudice" has been served via Clerk of Court using the CM/ECF system which sends notification of such filing to the following counsel for Plaintiff:

Mary Jo Lowrey, Esq.
Sara Maeglin, Esq.
LOWREY PARADY LEBSACK, LLC
1490 Lafayette Street, Suite 304
Denver, CO 80218
maryjo@lowrey-parady.com
sm@lowrey-parady.com

This the 17th day of September, 2021.

/s/David L. Terry_____
Attorney